AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jackie Richardson<br>*Petitioner*<br>v.<br>Warden Cecilia Reynolds; and Director Jon Ozmint,<br>*Respondent* | )<br>)<br>)  Civil Action No.    9:10-cv-01970-HFF<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   The Report and Recommendations of Magistrate Judge Bristow Marchant is incorporated. This case is dismissed without prejudice. The Petitioner shall take nothing on this petition filed pursuant to Title 28 U.S.C.§ 2254.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge   United States District Judge Honorable Henry F Floyd   .

Date:   September 14, 2010

*CLERK OF COURT*

s/ R.S. Polston

*Signature of Clerk or Deputy Clerk*